UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 14, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)  Case No. MAG. 09-0220-EFB
   Plaintiff, )
v. )
)  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
KENNETH L. NORDESTE, )
)
   Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KENNETH L. NORDESTE, Case No. MAG. 09-0220-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

   _X_   Unsecured Appearance Bond

   ___   Appearance Bond with Surety

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The Defendant is ordered to appear on 07/29/09 at 10:30 a.m. in the District of Idaho before Magistrate Judge Bush.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/14/09  at 2:55pm.

By _____
Edmund F. Brennan
United States Magistrate Judge